UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Misc. Case No. 22-mc-50234

v.                                       Honorable Nancy G. Edmunds

DR. ABBEY A. AKINWUMI,

        Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
APRIL 24, 2023 REPORT AND RECOMMENDATION [17]**

This miscellaneous action is related to criminal case no. 13-20392 and was commenced by Abbey Akinwumi when he filed a "Motion to Reinstate DEA Certificate and Registration taken from Defendant by Forced Voluntary Withdrawal." (ECF No. 1.) The motion was referred to Magistrate Judge David R. Grand. (ECF No. 2.) Before the Court is the Magistrate Judge's report and recommendation to deny Akinwumi's motion. (ECF No. 17.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation [17]. Accordingly, Akinwumi's motion to reinstate his DEA certificate and registration [1] is DENIED.

        SO ORDERED.

                                        <u>s/Nancy G. Edmunds</u>
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: May 15, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 15, 2023, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager