UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Misc. Case No. 22-mc-50234

v.                                       Honorable Nancy G. Edmunds

DR. ABBEY A. AKINWUMI,

        Defendant.
_____/

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 4, 2024 REPORT AND RECOMMENDATION [30]

This miscellaneous action is related to criminal case no. 13-20392 and was commenced by Abbey Akinwumi when he filed a "Motion to Reinstate DEA Certificate and Registration taken from Defendant by Forced Voluntary Withdrawal." (ECF No. 1.) That motion has since been denied. (ECF No. 18.) Before the Court is the Magistrate Judge's report and recommendation to deny another motion filed by Akinwumi requesting the return of property seized following his criminal case. (ECF No. 30.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 30). Accordingly, Akinwumi's motion (ECF No. 5) is DENIED.

        SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: December 4, 2024